UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA SMITH | CIVIL ACTION |
| VERSUS | NUMBER 12-575-JJB-MJU |
| DOLLAR TREE STORES, INC. | |

### ORDER

The Court *sua sponte* raises the question of jurisdiction over the subject matter in this removed case, in connection with the amount in controversy requirement for diversity jurisdiction, and, accordingly,

**IT IS ORDERED** that defendant shall file a memorandum concerning subject matter jurisdiction on or before **January 31, 2013**, and that plaintiff shall file a memorandum concerning same on or before **February 21, 2013**. The parties' memoranda shall address the implications for this case of the Fifth Circuit's decision in *Simon v. Walmart*, 193 F.3d 848 (5th Cir. 1999).

**IT IS FURTHER ORDERED** that the scheduling conference set for **January 23, 2013,** is **CANCELLED** and will be reset following a ruling on subject matter jurisdiction, if necessary.

Baton Rouge, Louisiana, January 14, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA